**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Patricia Grasty | : | Chapter 13 |
|  | : | Case No.: 22-11209-MDC |
| Debtor. | : | |

## ORDER

**AND NOW**, upon consideration of the Expedited Motion to Impose the Automatic Stay ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on __May 25, 2023__, at __11:00 a.m.__, **via Telephonic Hearing.**  The number to call is 877-336-1828 access code 7855846.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** __May 15th, 2023__.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail **no later than 5:00 p.m. on** __May 15th, 2023__.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: __May 15, 2023__

_Magdeline D. Coleman_
**HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE**