# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Patricia Grasty | : | Chapter 13 |
| | : | Case No.: 22-11209-MDC |
| Debtor. | : | |

## ORDER GRANTING DEBTOR'S AMENDED
## MOTION FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the debtor is granted permission to sell their real property located at 1566 Prospect Avenue, Willow Grove, PA 19090 ("Property"), for the sale price of $215,000.00 pursuant to the terms of a certain real estate agreement of sale dated as of May 8, 2023, to the buyer thereunder, Valery Yakovich ("Buyer").

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $ 2,492.50 |
| 2. | Liens paid at closing- | $ 44,962.26 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $ 9,991.86 |
| 4. | Property repairs, if any | $ |
| 5. | Real estate commission, at no greater than 6% | $ 12,900.00 |
| 6. | Attorney's fees, if any | $ 1,750.00 |
| 7. | Other - Seller Assist | $ |
| | **Estimated total costs:** | **$ 72,096.62** |
| | **Estimated net proceeds:** | **$142,903.38** |

This Order is contingent upon any mortgage lien(s) being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff shall be approved by mortgagee; and Debtor shall have ninety (90) days from entry of this Order to sell the Property.

**Kenneth West Distribution Explanation:** After all existing liens are fully satisfied and all estimated costs stated above have been paid, the Title Clerk shall distribute 33.3% of the net proceeds to each of the co-owners, Beatrice Taliferrio, Elizabeth G Woodford and Patricia Grasty. Title Clerk shall pay Kenneth West, Esquire, Standing Chapter 13 Trustee the Debtor's 33.3% share.

In the event that 33.3% of the sale proceeds are not sufficient to pay the balance of the Debtor's chapter 13 plan, the Debtor shall continue making payments under a modified chapter 13 plan to be filed.

The title clerk shall email a completed HUD-1 or settlement sheet from the closing directly to settlementsheet@ph13trustee.com immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

Dated: June 13, 2023

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE